Slip Op. 13 - 89

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AD HOC SHRIMP TRADE ACTION COMMITTEE, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES <br><br> Defendant, <br><br> and <br><br> HILLTOP INTERNATIONAL, and OCEAN DUKE CORPORATION, <br><br> Defendant-Intervenors. | Before: Donald C. Pogue, <br> Chief Judge <br><br> Court No. 10-00275 |

**ORDER**

In Ad Hoc Shrimp Trade Action Committee v. United States, No. 2012-1416 (Fed. Cir. May 24, 2013), the Court of Appeals for the Federal Circuit granted Defendant-Appellee United States' motion for voluntary remand and remanded the above-captioned matter to this court with instructions to remand the case to the Department of Commerce for reconsideration.

Therefore, Ad Hoc Shrimp Trade Action Committee v. United States, Ct. No. 10-00275, is hereby remanded to the Department of Commerce for reconsideration consistent with the Court of Appeals' order.

Commerce shall have until September 17, 2013, to complete and file its remand redetermination. Plaintiff and Defendant-Intervenors shall have until October 1, 2013, to file comments. Defendant shall have until October 15, 2013, to file any reply.

**IT IS SO ORDERED**.


                                     ___/s/ Donald C. Pogue_____
                                     Donald C. Pogue, Chief Judge


Dated: July 19, 2013
      New York, NY